AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Ronald B. | United States Bankruptcy Court, Western District of Texas | 04/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

615 East Houston Street, Suite 383
San Antonio, Texas 78205

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Joint Venturer | Woodstone Drive Joint Venture |
| 2. | Co trustee | Mineral Trust - see attached Exhibit "A" |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for American and International Law | 2/22/2012 - 2/24/2012 | New Orleans, LA | CLE Seminar | Travel, lodging & food |
| 2. | State Bar of Texas Bankruptcy Section | 2/24/2012 - 2/26/2012 | New Orleans, LA | Moot Court Competition | Travel, lodging & food |
| 3. | Federal Judicial Center | 3/26/2012 - 3/29/2012 | Charleston, SC | FJC Seminar | Travel, lodging & food |
| 4. | Fifth Circuit Court of Appeals | 5/6/2012 - 5/9/2012 | Santa Fe, NM | Circuit Conference | Travel, lodging & food |
| 5. | Western District of Texas Bankruptcy Bar Association | 6/6/2012 - 6/8/2012 | Austin, TX | CLE Seminar | Travel, lodging & food |
| 6. | Federal Judicial Center | 6/27/2012 - 6/30/2012 | Washington, DC | FJC Seminar | Travel, lodging & food |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal Western Life Insurance Company | A | None | J | T | | | | | |
| 2. Dreyfus Growth/Value Funds Inc./Tech. Growth Fund C1.B (IRA) | A | Dividend | J | T | | | | | |
| 3. Frost National Bank | A | Interest | J | T | | | | | |
| 4. Seligman Communication & Information Fund C1.B (IRA) | A | Dividend | J | T | | | | | |
| 5. Woodstone Drive Joint Venture | A | Distribution | J | W | | | | | |
| 6.         Mineral Trust - see attached Ex. "A" | E | Royalty | L | W | | | | | |
| 7. USAA Tax Exempt Intermediate Term Fund | A | Dividend | J | T | | | | | |
| 8. USAA Income Fund | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| King, Ronald B. | 04/23/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald B. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## EXHIBIT "A"

(1) An undivided non-participating royalty of the oil, gas and other minerals ▨▨▨ under the following described land in Reagan County, Texas, described in a deed from San Angelo National Bank, of San Angelo, Texas, as Independent Executor and Trustee of the ▨▨▨ Estate, to B. B. Carter, dated September 15, 1951, recorded in ▨▨▨ of Reagan County, Texas, to-wit:

| CERTIFICATE | ABSTRACT | SECTION | GRANTEE | ACRES |
|---|---|---|---|---|
| | | | A. Fernandez | |
| | | | Mrs. Eleanor Rhea, Blk 1 | |
| | | | T.&P. Ry. Co., Blk 2 | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " | |
| | | | " S. Pt. | |
| | | | " S. Pt. | |

Being a total of ▨▨▨ of land.

(2) A non-participating royalty in the oil, gas and other minerals in, to and under the following described lands in Mitchell County, Texas, conveyed by San Angelo National Bank, of San Angelo, Texas, as Independent Executor and Trustee of the ▨▨▨ Estate, to H. J. Brice, by deed dated June 12, 1951, as follows:

| SECTION | BLOCK | GRANTEE | ACRES |
|---|---|---|---|
| | | S. P. Ry. Co. | |
| | | S. P. Ry. Co. | |
| | | S. P. Ry. Co. | |
| | | S. P. Ry. Co. | |
| | | S. P. Ry. Co. | |

|  |  | S. P. Ry. Co. |  |
|  |  | S. P. Ry. Co. |  |

Being a total of [redacted] of land; EXCEPT no reservation was made under the Northwest 1/4 of [redacted] above described.

(3) An undivided mineral interest in the following described lands in Reagan County, Texas, conveyed to E. G. Cauble and [redacted] Mary J. Cauble, dated March 24, 1954, by San Angelo National Bank, of San Angelo, Texas, as Independent Executor and Trustee of the [redacted] Estate, as · follows, to-wit:

| CERTIFICATE | ABSTRACT | SECTION | GRANTEE | ACRES |
|---|---|---|---|---|
| - |  |  | L. & S.V. Ry. Co. Blk A |  |
|  |  |  | L. & S.V. Ry. Co. Blk A |  |

Being a total of [redacted] of land; and in addition, there was reserved under the existing lease, under said lands, an overriding royalty interest amounting to 7/1024ths of all oil and gas saved and sold free of all costs except its portion of production taxes.

(4) An undivided mineral interest in, to and under the following described lands in Reagan County, Texas, to-wit:

| MINERAL INTEREST | SECTION | BLOCK | CERT. | ABST. | GRANTEE | ACRES |
|---|---|---|---|---|---|---|
| ½ |  |  |  |  | L.&S.V. Ry. Co. |  |
| ½ |  |  |  |  | L.&S.V. Ry. Co. |  |
| ¼ NE/4 & ¼ SE/4 |  |  |  |  | L.&S.V. Ry. Co. |  |
| ½ | W. ½ |  |  |  | L.&S.V. Ry. Co. |  |
| 3/16 | E. ½ |  |  |  | L.&S.V. Ry. Co. |  |
| ¼ (¾ Leasing Right) |  |  |  |  | L.&S.V. Ry. Co |  |

(5) An undivided mineral interest in all the oil, gas and other minerals in, to and under the N/2 of Section ▓▓▓ L&S.V. Ry. Co. survey, containing ▓▓▓ of land in Reagan County, Texas.

(6) An undivided mineral and/or royalty in Survey No. ▓ in the name of Henry B. Martin, patented to Julius Kaufman by Patent No. ▓, Volume ▓, Abstract No. ▓, Coke County, Texas.

(7) An undivided mineral interest in, to and under the following land in Harrison County, Texas, as described in a Warranty Deed dated January 28, 1931, recorded in Volume ▓, Page ▓, Deed Records of Harrison County, Texas, described by metes and bounds as follows:

A part of the ▓▓▓ in Harrison County, Texas, about ▓ miles North West from the City of Marshall;

Beginning at the ▓ corner of a tact of ▓ owned by Mattie Scott, it being the ▓ corner of ▓ owned by Wm. Patton, a rock in the public road;

Thence ▓ ▓ at ▓ vrs. pass said Patton's ▓ corner and ▓ vrs. an iron pin, it being the ▓ corner of said ▓ and the ▓ corner of ▓ owned by M. P. McGee et al;

Thence ▓ ▓ vrs. to an iron pin for corner;

Thence ▓ ▓ vrs. to a corner a red oak brs. ▓ ▓ vrs, mkd. ▓

Thence ▓ with the public road ▓ ▓ to the place of beginning containing ▓ being the same land conveyed to Labon Hurd by Mattie Scott et al per deed dated October 19th, 1926, and recorded in ▓ of the Deed Records of Harrison County, Texas.